James R. Hawkins, Esq. SBN 192925
Isandra Fernandez, Esq. SBN 220482
JAMES JH HAWKINS APLC
9880 Research Drive, Suite 200
Irvine, CA 92618
Telephone: (949) 387-7200
Facsimile: (949) 387-6676

Attorneys for Plaintiff, EDITH COVARRUBIAS
on behalf of herself and all others similarly situated

JACOB M. ZUNIGA (SBN 229240)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
444 South Flower Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 486-8000
Facsimile: (559) 486-8080
jzuniga@hptylaw.com

RONALD G. POLLY, JR. (Georgia Bar No. 583264)
(*admitted pro hac vice*)
MATTHEW A. BOYD (Georgia Bar No. 027645)
(*admitted pro hac vice*)
**HAWKINS PARNELL THACKSTON & YOUNG LLP**
4000 SunTrust Plaza
303 Peachtree Street, NE
Atlanta, GA 30308
Telephone: (404) 614-7400
Facsimile: (404) 614-7500
rpolly@hptylaw.com
mboyd@hptylaw.com

Attorneys for Defendant
RSCR CALIFORNIA, INC., RSCR INLAND, INC., and RES-CARE CALIFORNIA, INC.

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

- 1 -

PROPOSED ORDER APPROVING JOINT STIPULATION TO REMAND BACK TO STATE COURT

| | |
|---|---|
| EDITH COVARRUBIAS, on behalf of herself and all others similarly situated<br><br>    Plaintiff,<br><br>vs.<br><br>RSCR CALIFORNIA, INC. a Kentucky Corporation, RSCR INLAND, INC. a Kentucky Corporation, RES-CARE CALIFORNIA, INC. a Kentucky Corporation and DOES 1 through 100, inclusive,<br><br>    Defendants. | Case No. SAV10-00342JVS(ANx)<br>ASSIGNED FOR ALL PURPOSES TO JUDGE: Hon. James V. Selna<br><br>**ORDER APPROVING JOINT STIPULATION TO REMAND BACK TO STATE COURT** |

The parties have jointly filed a stipulation and request for the Court to remand this matter back to the Superior Court for Orange County, California, where it was originally filed prior to being removed to this Court. Based upon the representations of counsel as contained in the Joint Stipulation, the Court finds the parties' request to be appropriate. Consequently, for the reasons set forth in the parties' stipulation, the Court hereby **ORDERS** that this matter be remanded back to the Superior Court for Orange County, California. The parties shall bear their own costs.

    **SO ORDERED,** this 14th day of July, 2011.

_____
Hon. James V. Selna, Judge
United States District Court